

The relief described hereinbelow is SO ORDERED.

Signed February 28, 2017.

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

In Re:                                                        Chapter 13
MICHELLE ANDRADE

                                                   Case No. 16-60713-RBK
Debtor

---
ORDER DENYING CONFIRMATION OF DEBTOR'S PLAN WITH PREJUDICE
---

    Came on to be heard on this 22nd day of February, 2017, in Waco, TX the Confirmation Hearing for the above referenced case, at which, Ray Hendren, Trustee, appeared in person and the Debtor appeared by and through their attorney of record.

    THE COURT FINDS THAT THE DEBTOR SHALL HAVE 7 DAYS FROM THE DATE OF THIS HEARING TO DISMISS OR CONVERT TO A CHAPTER 7 OR THE CASE MAY BE DISMISSED WITHOUT NEED FOR A FURTHER HEARING UPON THE TRUSTEE'S SUBMISSION OF AN ORDER FOR CASE SUMMARY DISMISSAL.  IT IS THEREFORE ORDERED, ADJUDGED and DECREED THAT CONFIRMATION OF THE PLAN IS DENIED WITH PREJUDICE.

                                    ###

Prepared and Submitted by
G. Ray Hendren, Chapter 13 Trustee
3410 Far West Blvd
Suite 200
Austin, TX  78731
(512) 474-6309